# Court of Appeals
# of the State of Georgia

ATLANTA,___April 22, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0339. CHRISTOPHER B. THOMAS v. THE STATE.

In 1996, a jury found Christopher B. Thomas guilty of kidnapping and armed robbery. The trial court sentenced him to twenty years to serve on the kidnapping count and ten years to serve on the armed robbery count, to run consecutively. We affirmed Thomas's convictions on appeal. *Thomas v. State*, 238 Ga. App. 42 (517 SE2d 585) (1999). In 2015, Thomas filed a motion to correct a void sentence, arguing that, in the absence of aggravating factors, the law required his sentences to run concurrently, rather than consecutively. The trial court denied the motion, and Thomas filed both a direct appeal and this application for discretionary appeal. We dismissed Thomas's direct appeal based upon his failure to raise a colorable void sentence claim. See Case Number A15A1444 (decided on April 9, 2015). For the same reason, this application for discretionary appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/22/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____, Clerk.